**Order entered March 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01309-CR

### KAYLENE BOWENWRIGHT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76856-M**

## ORDER

Before us is court reporter Belinda Baraka's March 19, 2020 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before **April 20, 2020**. We caution Ms. Baraka that further extensions are disfavored.

/s/ CORY L. CARLYLE
   JUSTICE